# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
MONICA CATRICE RAMEY

16-04123-CW1-13  
JUDGE CHARLES M WALKER  
Date: 08/03/21

**THE DEADLINE FOR FILING A TIMELY RESPONSIVE STATEMENT IS 08/24/2021.**
**IF A STATEMENT OPPOSING THE TRUSTEE'S NOTICE OR MOTION IS TIMELY FILED, THE HEARING DATE WILL BE: 09/17/2021 AT 9:00 AM via Zoom video for Columbia; For details please see www.tnmb.uscourts.gov .**

## NOTICE OF FINAL CURE PAYMENT PURSUANT TO RULE 3002.1
## AND MOTION FOR AN ORDER DECLARING §1322(b)(5) CLAIM CURRENT AND DEFAULTS CURED

The Trustee has filed a Notice of Final Cure Payment pursuant to Rule 3002.1 ,, F.R.B.P. and has also filed a Motion for Order Declaring a §1322(b)(5) Claim Current and All Defaults Cured.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: https://ecf.tnmb.uscourts.gov.

If you need assistance with Electronic Case Filing you may call the Bankruptcy Court at (615)736-5584. The Bankruptcy Court may be visited in person at: US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M.- 4:00 P.M.).

2. Your response must state the deadline for filing response, the date of the scheduled hearing, and the motion to which you are responding .

If you file a statement that you do not agree with the Trustee's Notice before the deadline stated above , the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE**. You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's web site at  <www.tnmb.uscourts.gov>.

If you do not file a statement as a supplement to the Proof of Claim that you DO NOT agree with the Trustee's Notice of Final Cure Payment, or you file a statement as a supplement to the Proof of Claim that you agree with the Trustee's Notice of Final Cure Payment , the Trustee will submit the attached Proposed Order for entry .

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
MONICA CATRICE RAMEY

16-04123-CW1-13

JUDGE CHARLES M WALKER

8/3/2021

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND

## MOTION FOR AN ORDER DECLARING §1322(b)(5) CLAIM CURRENT AND DEFAULTS CURED

Pursuant to Rule 3002.1(f) the Trustee has filed a Notice of Final Cure Payment and has requested an Order declaring that the §1322(b)(5) claim is current and all defaults have been cured.

```
FAY SERVICING LLC
P O BOX 814609
DALLAS, TX   75381
```

### FINAL CURE AMOUNT: (PREPETITION DEFAULT)

```
Court Claim Number         15                    Trustee's Claim Number    5
Account Number             xxxxxx7843
Universal Claim Identifier
Claim Asserted             $1,074.40
Claim Allowed              $1,074.40
Amount Paid By Trustee     $1,074.40
```

### ADDITIONAL POST PETITION ARREARAGE CURED:

```
Court's Claim Number              15                    Trustee's Claim Number  6
Date of Order Establishing Claim  September 27, 2016
Claim Allowed:                    $0.00
Amount Paid by Trustee:           $0.00
```

### MONTHLY ONGOING MORTGAGE PAYMENTS

The Trustee has made post-petition payments to the creditor ("conduit"). The Trustee's records demonstrate that all post-petition payments have been made through the payment for **August 2021**. Attached to this Notice and Motion, is an accounting of all payments made by the Trustee on the post-confirmation "conduit" payments. The totals are listed below:

**Court's Claim Number**  15  **Trustee's Claim Number**  4

**Post Petition**

| | |
|---|---|
| Date of Claim | Sep 27, 2016 |
| Date of 1st Payment | September 30, 2016 for month Oct 2016 |
| Post Confirmation Payments | $20,239.19 |
| Date of Last Payment | Jul 31, 2021 for month Aug 2021 |

**THE TRUSTEE WILL CONTINUE TO MAKE ONGOING MORTGAGE PAYMENTS FOR SUBSEQUENT MONTHS PENDING THE COMPLETION OF THIS CASE.**

**DEBTOR MUST CONTINUE TO MAKE PLAN PAYMENTS TO THE TRUSTEE.**

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a statement indicating 1) whether it agrees that the default has been cured and 2) whether consistent with §1322(b)(2), the post-confirmation payments are current. If applicable, the statement shall itemize any required cure or post-confirmation amounts that the creditor contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the proof of claim.

This notice shall also constitute a motion by the Trustee for an order finding that the default has been cured and the post-confirmation payments are current. If the creditor files a notice that it agrees that the default has been cured and it agrees that the post-confirmation payments have been paid, the Trustee will submit an order finding that the default has been cured and the post-confirmation payments are current.

If the creditor files a statement that it disagrees with the Trustee's Notice and Motion of Final Cure Payment, the Trustee shall submit an order where the Court shall fix a hearing, establishing date, time and location, as required pursuant to Rule 3002.1(h).

Dated: 8/3/2021

Respectfully Submitted By:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on MONICA CATRICE RAMEY, 6895 Oak Hill Road, Lyles, TN 37098; and
FAY SERVICING LLC  P O BOX 814609, DALLAS, TX 75381
RUBIN LUBLIN TN PLLC  119 SOUTH MAIN ST STE 500, MEMPHIS, TN 38103;
RUBIN LUBIN TN PLLC, 119 S MAIN ST STE 500, MEMPHIS, TN 38103;
REGISTERED AGENT SOLUTIONS INC, REGISTERED AGENT FOR FAY SERVICING, 992 DAVIDSON DR STE B, NASHVILLE, TN 372056;
FAY SERVICING LLC, ATTN OFFICER, MANAGING OR GENERAL AGENT, 8001 WOODLAND CENTER BLVD STE 100, TAMPA, FL 33614;

on 08/03/2021 and electronically noticed to FLEXER LAW PLLC, and The Office of the United States Trustee, pursuant to Court's ECF delivery.

/s/Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
Standing Chapter 13 Trustee

# EXHIBIT TO PARAGRAPH 3 OF TRUSTEES MOTION

MONICA CATRICE RAMEY                                                                 16-04123-CW1-13

## PAYMENTS ON CONTINUING POST PETITION MORTGAGE OBLIGATION

| Date of Payment | Creditor Name | Check Number | Amount |
|---|---|---|---|
| 09/30/2016 | CITIFINANCIAL SERVICING LLC | 3639212 | $995.37 |
| 10/31/2016 | CITIFINANCIAL SERVICING LLC | 3647168 | $331.79 |
| 11/30/2016 | CITIFINANCIAL SERVICING LLC | 3655525 | $331.79 |
| 12/31/2016 | CITIFINANCIAL SERVICING LLC | 3663704 | $331.79 |
| 01/31/2017 | CITIFINANCIAL SERVICING LLC | 3672773 | $331.79 |
| 02/28/2017 | CITIFINANCIAL SERVICING LLC | 3680121 | $331.79 |
| 03/31/2017 | CITIFINANCIAL SERVICING LLC | 3687806 | $331.79 |
| 04/30/2017 | CITIFINANCIAL SERVICING LLC | 3695545 | $331.79 |
| 05/31/2017 | CITIFINANCIAL SERVICING LLC | 3703235 | $331.79 |
| 06/30/2017 | CITIFINANCIAL SERVICING LLC | 3711108 | $331.79 |
| 07/31/2017 | CITIFINANCIAL SERVICING LLC | 3718818 | $331.79 |
| 08/31/2017 | CITIFINANCIAL SERVICING LLC | 3726395 | $663.58 |
| 09/30/2017 | CITIFINANCIAL SERVICING LLC | 3733945 | $995.37 |
| 10/31/2017 | CITIFINANCIAL SERVICING LLC | 3741167 | $331.79 |
| 11/30/2017 | CITIFINANCIAL SERVICING LLC | 3748514 | $331.79 |
| 12/05/2017 | CITIFINANCIAL SERVICING LLC | 3733945 | $-995.37 |
| 12/31/2017 | CITIFINANCIAL SERVICING LLC | 3755761 | $1327.16 |
| 01/10/2018 | CITIFINANCIAL SERVICING LLC | 3741167 | $-331.79 |
| 01/31/2018 | CITIFINANCIAL SERVICING LLC | 3763965 | $663.58 |
| 02/09/2018 | CITIFINANCIAL SERVICING LLC | 3748514 | $-331.79 |
| 02/22/2018 | CITIFINANCIAL SERVICING LLC | 3763965 | $-663.58 |
| 02/28/2018 | BAYVIEW LOAN SERVICING LLC | 3770271 | $1327.16 |
| 03/31/2018 | BAYVIEW LOAN SERVICING LLC | 3777356 | $331.79 |
| 04/04/2018 | CITIFINANCIAL SERVICING LLC | 3755761 | $-1327.16 |
| 04/30/2018 | BAYVIEW LOAN SERVICING LLC | 3784629 | $1658.95 |
| 05/31/2018 | BAYVIEW LOAN SERVICING LLC | 3791924 | $331.79 |
| 06/30/2018 | BAYVIEW LOAN SERVICING LLC | 3798936 | $331.79 |
| 07/31/2018 | BAYVIEW LOAN SERVICING LLC | 3806242 | $331.79 |
| 08/31/2018 | BAYVIEW LOAN SERVICING LLC | 3813389 | $331.79 |
| 09/30/2018 | BAYVIEW LOAN SERVICING LLC | 3820565 | $331.79 |
| 10/31/2018 | BAYVIEW LOAN SERVICING LLC | 3827301 | $331.79 |
| 11/30/2018 | FAY SERVICING LLC | 3835844 | $331.79 |
| 12/31/2018 | FAY SERVICING LLC | 3843229 | $331.79 |
| 01/31/2019 | FAY SERVICING LLC | 3850702 | $331.79 |
| 02/28/2019 | FAY SERVICING LLC | 3857188 | $331.79 |
| 03/31/2019 | FAY SERVICING LLC | 3863875 | $331.79 |
| 04/30/2019 | FAY SERVICING LLC | 3870870 | $331.79 |
| 05/31/2019 | FAY SERVICING LLC | 3877788 | $331.79 |
| 06/30/2019 | FAY SERVICING LLC | 3884212 | $331.79 |

| Date | Payee | Check # | Amount |
|---|---|---|---|
| 07/31/2019 | FAY SERVICING LLC | 3891429 | $331.79 |
| 08/31/2019 | FAY SERVICING LLC | 3898278 | $331.79 |
| 09/30/2019 | FAY SERVICING LLC | 3905095 | $331.79 |
| 10/31/2019 | FAY SERVICING LLC | 3911826 | $331.79 |
| 11/30/2019 | FAY SERVICING LLC | 3918438 | $331.79 |
| 12/31/2019 | FAY SERVICING LLC | 3925279 | $331.79 |
| 01/31/2020 | FAY SERVICING LLC | 3932378 | $331.79 |
| 02/29/2020 | FAY SERVICING LLC | 3938562 | $331.79 |
| 03/31/2020 | FAY SERVICING LLC | 3945007 | $331.79 |
| 04/30/2020 | FAY SERVICING LLC | 3951578 | $331.79 |
| 05/31/2020 | FAY SERVICING LLC | 3958398 | $331.79 |
| 06/30/2020 | FAY SERVICING LLC | 3965113 | $331.79 |
| 07/31/2020 | FAY SERVICING LLC | 3971730 | $331.79 |
| 08/31/2020 | FAY SERVICING LLC | 3978276 | $331.79 |
| 09/30/2020 | FAY SERVICING LLC | 3984936 | $331.79 |
| 10/31/2020 | FAY SERVICING LLC | 3991338 | $331.79 |
| 11/30/2020 | FAY SERVICING LLC | 3997649 | $331.79 |
| 12/31/2020 | FAY SERVICING LLC | 4004188 | $331.79 |
| 01/31/2021 | FAY SERVICING LLC | 4010925 | $331.79 |
| 02/28/2021 | FAY SERVICING LLC | 4016720 | $331.79 |
| 03/31/2021 | FAY SERVICING LLC | 4022742 | $331.79 |
| 04/30/2021 | FAY SERVICING LLC | 4029091 | $331.79 |
| 05/31/2021 | FAY SERVICING LLC | 4035204 | $331.79 |
| 06/30/2021 | FAY SERVICING LLC | 4041228 | $331.79 |
| 07/31/2021 | FAY SERVICING LLC | 4047405 | $331.79 |

Total of Continuing Payments $20239.19

**\*( Negative amounts represent a cancelled trustee payment)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
MONICA CATRICE RAMEY

CASE 16-04123-CW1-13

## ORDER ESTABLISHING THAT PRECONFIRMATION DEFAULT HAS BEEN CURED AND THAT LONG TERM DEBT TREATED PER §1322(b)(5) IS CURRENT AFTER STATEMENT OF AGREEMENT OR NO RESPONSE

It appearing to the Court, based upon the certification of the Trustee, as indicated by his electronic signature below, that the Trustee has filed a Notice of Final Cure Payment and has filed a motion requesting an order of the Court finding that the Notice of Final Cure Payment is accurate, the long term debt is current and all defaults have been cured; and that notice of the Trustee's request and an accounting of payments made by the Trustee was mailed to the debtor, debtor(s') counsel and the below listed creditors and that either no objection to the Trustee's request was raised, or a Statement was filed agreeing with the Trustee's Notice of Final Cure, it is

**ORDERED**, that the §1322(b)(5) claim listed below shall be deemed current and that all defaults in the claim(s) shall be deemed cured:

FAY SERVICING LLC  
P O BOX 814609  
DALLAS, TX  75381

### FINAL CURE AMOUNT: (PREPETITION DEFAULT)

| | | | |
|---|---|---|---|
| Court Claim Number | 15 | Trustee's Claim Number | 5 |
| Account Number | xxxxxxx7843 | | |
| Universal Claim Identifier | | | |
| Claim Asserted | $1,074.40 | | |
| Claim Allowed | $1,074.40 | | |
| Amount Paid By Trustee | $1,074.40 | | |

### ADDITIONAL POST PETITION ARREARAGE CURED:

| | | | |
|---|---|---|---|
| Court's Claim Number | 15 | Trustee's Claim Number | 6 |
| Date of Order Establishing Claim | September 27, 2016 | | |
| Claim Allowed: | $0.00 | | |
| Amount Paid by Trustee: | $0.00 | | |

## MONTHLY ONGOING MORTGAGE PAYMENTS

The Trustee has made post-petition payments to the creditor ("conduit"). The Trustee's records demonstrate that all post-petition payments have been made through the payment for **August 2021**. Attached to this Notice and Motion, is an accounting of all payments made by the Trustee on the post-confirmation "conduit" payments. The totals are listed below:

| | | | |
|---|---|---|---|
| **Court's Claim Number** | 15 | **Trustee's Claim Number** | 4 |

**Post Petition**

| | |
|---|---|
| Date of Claim | Sep 27, 2016 |
| Date of 1st Payment | September 30, 2016 for month Oct 2016 |
| Post Confirmation Payments | $20,239.19 |
| Date of Last Payment | Jul 31, 2021 for month Aug 2021 |

**THE TRUSTEE WILL CONTINUE TO MAKE ONGOING MORTGAGE PAYMENTS FOR SUBSEQUENT MONTHS PENDING THE COMPLETION OF THIS CASE.**

**DEBTOR MUST CONTINUE TO MAKE PLAN PAYMENTS TO THE TRUSTEE.**

**ORDERED**, That this declaration that the long term obligation is current is made as of this date: **August 2021**

This order was signed and entered electronically as indicated at the top of the first page.

APPROVED BY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com